**Franklin Folger SCOTT, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

No. 25066.

United States Court of Appeals
Fifth Circuit.

April 2, 1968.

Thomas F. Walsh, Savannah, Ga., for appellant.

Richard C. Chadwick, Bruce B. Greene, Asst. U. S. Attys., Savannah, Ga., for appellee.

Before BROWN, Chief Judge, and AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

 The appellant was tried and convicted before *Miranda*. Because of errors not here pertinent he was granted a new trial, which took place after *Miranda*. On the retrial his statement, which did not meet *Miranda* standards, was admitted into evidence. This Circuit is committed to the principle that in a retrial after *Miranda*, following a pre-*Miranda* trial, the standards of *Miranda* are applicable. Gibson v. U. S., 363 F.2d 146 (5th Cir. 1966).

Reversed and remanded.